# United States Court of Appeals

## For the Eighth Circuit

_____

No. 17-2249
_____

David Librace

*Plaintiff - Appellant*

v.

Nancy A. Berryhill, Acting Commissioner of the Social Security Administration

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena
_____

Submitted: January 16, 2018
Filed: January 24, 2018
[Unpublished]
_____

Before GRUENDER, BOWMAN, and KELLY, Circuit Judges.
_____

PER CURIAM.

David Librace appeals from the order of the District Court[1] affirming the denial of disability insurance benefits. The only orders properly before this Court on appeal are the orders granting the Commissioner's motion for relief filed under Rule 60(a) of the Federal Rules of Civil Procedure and denying Librace's motion to alter or amend filed under Rule 59(e) of the Federal Rules of Civil Procedure. We conclude that the District Court did not abuse its discretion in making those rulings. See Keller v. City of Fremont, 719 F.3d 932, 946 (8th Cir. 2013) (reviewing the district court's ruling on a Rule 60(a) motion for an abuse of discretion); Sipp v. Astrue, 641 F.3d 975, 981 (8th Cir. 2011) (reviewing the district court's ruling on a Rule 59(e) motion for an abuse of discretion). We affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendation of the Honorable Patricia S. Harris, United States Magistrate Judge for the Eastern District of Arkansas.